# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CONSTANTINO JOSHUA ACEVEDO III, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; CHAD BIANCO, an individual; VICTORIA VARISCO-FLORES, an individual; ALYSSA VERNAL, an individual; RICHARD FRANSIK, an individual; DEPUTY WHITTENBERG, an individual; DEPUTY MASAKAYAN, an individual; DEPUTY SMITH, an individual; and DOES 4-10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-01922-KK (SHKx)<br><br>[Assigned to Hon. Kenly Kato]<br><br>**ORDER RE:**<br><br>1. **DISMISSING SUIT WITH PREJUDICE; AND**<br>2. **WAIVING ATTORNEYS' FEES AND COSTS**<br><br>*[Stipulation submitted concurrently herewith]* |

///

///

///

# ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to the Stipulation of the Parties and Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), this case is dismissed in its entirety with prejudice, including all of Plaintiff's claims as to all current and former Defendants, as well as Defendants' past, present and future employers, supervisors, directors, attorneys, agents, subordinates, predecessors, and successors in interest and assigns, and all other persons, firms, or corporations with whom any of the former have been, are now, or may hereafter be affiliated.

IT IS FURTHER DECREED that each party has waived all claims for attorneys' fees and costs under 42 U.S.C. 1988 and any other provision of law.

**IT IS SO ORDERED.**

Dated: March 5, 2025

_____
Honorable Kenly Kiya Kato
United States District Court Judge